FILED
2008 Jul-01  AM 11:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JOHN LAMAR MITCHELL,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **vs.** | ) **Case Number: CV 08-S-474-E** |
| | ) |
| **WARDEN CUMMINS and THE** | ) |
| **ATTORNEY GENERAL OF** | ) |
| **THE STATE OF ALABAMA,** | ) |
| | ) |
| **Respondents.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed his report and recommendation on May 28, 2008, recommending that the petition for a writ of habeas corpus filed by John Lamar Mitchell pursuant to 28 U. S.C. § 2254 be denied without prejudice. No objections have been filed.

The court has considered the entire file in this action together with the report and recommendation (doc. no. 15) and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice. An appropriate order will be entered.

DONE this 1st day of July, 2008.

_____
United States District Judge